United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. GEIST, et al., | No. C10-1879 EMC |
| Plaintiffs, | |
| v. | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| ONEWEST BANK, et al., | |
| Defendants. _____/ | |

Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Marilyn H. Patel to determine whether it is related to C10-0642 MHP Geist, et al. v . First Source Financial USA, Inc., et al.

IT IS SO ORDERED.

Dated: June 9, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge

cc: Judge Patel

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOHN C. GEIST et al,

    Plaintiff,

v.

ONEWEST BANK et al,

    Defendant.

Case Number: CV10-01879 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 9, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Becky Parker Geist
PO Box 6010
San Rafael, CA 94903-0010

John C. Geist
724 Appleberry Drive
San Rafael, CA 94903

Dated: June 9, 2010

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

2