1  John C. Geist, pro se
   Becky Parker Geist, pro se
2  724 Appleberry Drive
3  San Rafael, California 94903
   (415) 491-0818
4  beckygeist@comcast.net

5

6

7

8

**FILED**

**AUG 2 0 2010**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

9  John C. Geist, pro se
   Becky Parker Geist, pro se
10                                      Plaintiffs
11
      v.
12
13  ONEWEST BANK, FSB
    IMB REO LLC
14                                      Defendants
15
16

Case No: C 10-1879 SI

**ADMINISTRATIVE REQUEST
FOR EXTENSION TO FILE FIRST
AMENDED COMPLAINT**

**Action filed: April 30, 2010**

17

18         Plaintiffs John C. Geist and Becky Parker Geist, husband and wife, in Propria Persona,
19  hereby request an extension for filing of the First Amended Complaint against Defendants
20  ONEWEST BANK, FSB ("ONEWEST") and IMB REO, LLC ("IMB"). According to Judge
21  Illston's order of 8/9/2010, we have until 8/23/2010 to file an amended complaint. As pro se
22  litigants working to meet the requirements as stated in the Order, we would like to request a one-
23  week extension allowing us to file by 8/30/2010.

24

25

26   8/20/               IT IS SO ORDERED          John C. Geist
     Date
                         Judge Susan Illston
     8/20/2010                                     Becky Parker Geist
     Date

1

ADMINISTRATIVE REQUEST FOR EXTENSION TO FILE FIRST AMENDED COMPLAINT    C 10-1879 SI