IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. GEIST and BECKY PARKER GEIST, | No. C 10-1879 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| ONEWEST BANK, *et al.*, | |
| Defendants. | |

The Court has dismissed the complaint without leave to amend. Judgment is hereby entered in favor of defendants and against plaintiffs.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 19, 2010

SUSAN ILLSTON
United States District Judge